IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GROOMS HAULING, LLC, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 18-5405 |
| CORPORAL LOUIS ROBINSON, et al., | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 23rd day of January, 2020, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 27) and the briefing in support thereof and in opposition thereto, it is hereby ORDERED that:

1. Defendants' Motion for Summary Judgment is GRANTED;

2. Judgment is entered in favor of Defendants and against Plaintiffs; and

3. The Clerk of Court shall mark this matter as CLOSED.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE